UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. __CR 22-387-DSF-1_____  CourtSmart __CS Courtroom 590__  Date: __8/30/22__

Present: The Honorable __Pedro V. Castillo_____, U.S. Magistrate Judge

| __E. Carson__ | __Alex McKenna__ | __None__ |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. Kiernan Major | Attorney Present for Defendant: |
|---|---|
| | Neha A. Christerna |
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present |

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ .   ☐ SEE ATTACHED COPY OF CR-01 BOND FORM **FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ , in Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☐ Other: _____

---

**PROCEEDINGS:**   ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
☐ GRANTED   ☐ DENIED
Court ORDERS bail as to the above-named defendant  ☐ modified to  ☐ set at: $ _____
   ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

---

Release Order Issued - Release No. _____                                  : 10
                                                                Deputy Clerk Initials __efc__

M-46 (06/10)   MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING