E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALIX MCKENNA (Cal. Bar No. 295202)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-0141
    E-mail:    alix.mckenna@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-CR-00387-DSF |
| Plaintiff, | STIPULATION TO CONTINUE RESTITUTION HEARING |
| v. | **PROPOSED SENTENCING DATE:** November 7, 2023 |
| KIERNAN MAJOR, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alix McKenna, and defendant KIERNAN MAJOR ("defendant"), both individually and by and through his counsel of record, deputy federal public defender, Neha A. Christerna, hereby stipulate as follows:

1.   On April 24, 2023, defendant pled guilty to two counts of transmitting a threat in interstate and foreign commerce, in violation of 18 U.S.C. § 875 (c).  (Dkt. 24.)

2.   On May 22, 2023, this court sentenced defendant and set a restitution hearing for August 21, 2023.  (Dkt. 42-43.)

1    3.    The parties believe that the requested restitution amount

2  is significant and will involve complex legal issues.    The parties

3  are requesting additional time to brief this issue.

4    4.    The parties are requesting a continuance until November 6,

5  2023.

6  ///

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

1    5.    By this stipulation, the parties agree and jointly request

2 that the Court schedule a sentencing hearing on August 18, 2023, at

3 9:00 a.m.

4    IT IS SO STIPULATED.

5 Dated: August 8, 2023          Respectfully submitted,

6                               E. MARTIN ESTRADA
                                United States Attorney
7
                                MACK E. JENKINS
8                               Assistant United States Attorney
                                Chief, Criminal Division
9

10                                  /s/
                                _____
11                              ALIX MCKENNA
                                Assistant United States Attorney
12
                                Attorneys for Plaintiff
13                              UNITED STATES OF AMERICA

14

15                              *Signed for Neha A. Christerna with*
   Dated: August 8, 2023        *email authorization*
16                              _____
17                              NEHA A. CHRISTERNA
                                Attorney for Defendant
18                              KIERNAN MAJOR

19

20

21

22

23

24

25

26

27

28