# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. 2:22-cr-00387-DSF-1 | Date 4/22/2024 |
| Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** | |
| Interpreter N/A | |

| Holidae Crawford | Myra Ponce | Alix McKenna |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kiernan Major | | √ | | Neha A. Christerna, DFPD | √ | √ | |

**Proceedings:** RESTITUTION HEARING (Held and Completed)

The matter is called and counsel state their appearances.

For reasons stated on the record, Victim One is awarded $5,465.77. Victim Two is awarded $1908.83.

Refer to Amended Judgment and Probation Commitment Order.

IT IS SO ORDERED.