# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Patricia Kim, Deputy Clerk  
Date: February 19, 2025

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Kiernan Major | 2:22-CR-00387-DSF-1 | 12889-510 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* NEHA A. CHRISTERNA |
|---|---|
| N/A | TELEPHONE NO.: 213-894-4104 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on _____ at _____. A citation will be issued to the offender.

Interpreter Needed? ☐ Yes  ☒ No     Language Type: _____

CARLOS REYES, 310-215-1308  
U. S. PROBATION OFFICER

ALEKSANDER GALUSTOV, 310-215-1393  
SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:* Orig. To Clerk's Office  
*Copies to:* U. S. Attorney (Chief, Criminal Division)  
Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Dale S. Fischer, United States District Judge on **March 3, 2025** at **8:30** a.m./~~p.m.~~ in Courtroom No. **7D**.

Date: 2/20/2025

CLERK, U. S. DISTRICT COURT  
By Estella Orozco, Deputy Clerk

*Routing on Notice by Clerk:*  
Original - Court File ☐  
cc:  
U. S. Probation & Pretrial Services Office ☐  
U. S. Attorney, Attn: Chief, Criminal Division ☐  
Defense Attorney ☐  
Federal Public Defender, Attn: Chief Deputy ☐  
U. S. Marshal (Warrant Cases only) ☐  
Interpreter Section, Clerk's Office (When needed) ☐

\#

SUP 216  
1/10/07