UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – SUPERVISED RELEASE**

| Case No. | CR 22-00387-DSF-1 | Date | March 3, 2025 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Estella Orozco | Debbie Hino-Spaan | Joshua J. Lee |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | S/R | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kiernan Major | √ | | √ | Nikki Herst-Cook, DFPD | √ | √ | |

**Proceedings:** PRELIMINARY REVOCATION OF SUPERVISED RELEASE - SENTENCING (Non-Evidentiary - Held and Completed)

The matter is called and counsel state their appearances. Also present is Carlos Reyes, USPO. The Court and counsel confer. The defendant is sworn and the defendant admits allegations 1 and 2, as set forth in the Petition on Probation and Supervised Release, filed February 20, 2025.

The Court questions the defendant regarding his waiver of his right to a revocation hearing and his admissions of having violated the terms and conditions of his supervised release. The Court finds that defendant entered his admissions freely and voluntarily, with a full understanding of the allegations against him and the consequences of his admissions. The Court also finds that the defendant understands his rights and wishes to waive them and that the defendant is in violation of the terms and conditions of his supervised release. The Court orders the admissions accepted and entered.

At defense counsel's request, the Court proceeds to immediate sentencing. The Court hears from counsel, government, and probation prior to the imposition of sentence. The Court imposes sentence.

See Order on Supervised Release for specific information.