# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIERNAN MAJOR,<br><br>Defendant. | CR 22-00387-DSF-1<br><br>ORDER ON REVOCATION OF SUPERVISED RELEASE |

     Defendant and his counsel, Nikki Herst-Cook, Deputy Federal Public Defender, having appeared in person, defendant having admitted allegations 1 and 2 of the Petition on Probation and Supervised Release filed on February 20, 2025, and the Court having found the defendant to be in violation of the terms and conditions of supervised release,

     IT IS ORDERED that defendant, Kiernan Major, shall be continued on supervised release under the same terms and conditions as previously imposed with the following revised and additional conditions:

1. Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.
2. Defendant shall participate for a period of 60 days in home detention program that may include electronic monitoring, GPS, alcohol monitoring unit or automated identification system and shall observe all rules of that program as directed by the probation officer.
3. The cost of the program is waived.

4. When the defendant is not employed or excused by the probation officer for schooling, training or other acceptable reasons, he shall perform 20 hours of community service per week as directed by the Probation and Pretrial Services Office.

The Court advised the defendant of his right to appeal this order.

DATED: March 3, 2025

    DALE S. FISCHER
    UNITED STATES DISTRICT JUDGE

BRIAN D. KARTH, CLERK

DATED/FILED:    By:  /s/ Estella Orozco
                      Deputy Clerk